DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAVAREN GRADY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1416

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed. *See Clough v. State*, 136 So. 3d 680 (Fla. 2d DCA
2014); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013);
*Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Valdez-Garcia v.
State*, 965 So. 2d 318 (Fla. 2d DCA 2007); *Shortridge v. State*, 884
So. 2d 321 (Fla. 2d DCA 2004); *Brown v. State*, 827 So. 2d 1054

(Fla. 2d DCA 2002); *Sims v. State*, 141 So. 3d 613 (Fla. 4th DCA 2014); *Harris v. State*, 789 So. 2d 1114 (Fla. 1st DCA 2001).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.